IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL TAYLOR,
        Plaintiff,
v.
UNITED STATES OF AMERICA,
        Defendant.

**Judgment in a Civil Case**

Case Number: 5:22-CT-3352-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration after the issuance of an order of deficiency.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice for failure to prosecute and failure to comply with a court order.

This Judgment Filed and Entered on December 20, 2022, with service on:
Michael Taylor #12597-021   (via U.S. Mail)
Butner - F.M.C.
P.O. Box 1600
Butner, NC 27509

December 20, 2022

Peter A. Moore, Jr.
Clerk of Court

By: *Stephanie Main*
Deputy Clerk